*B. T. Castellow, solicitor-general, R. R. Arnold,* contra.

---

### 10589. PRESLEY *v.* THE STATE.

BLOODWORTH, J. "In this case the motion for a new trial contained only the usual general grounds. There was some slight evidence authorizing the verdict; and the verdict having been approved by the trial judge, under the repeated and uniform rulings of this court and of the Supreme Court a reviewing court is powerless to interfere. When the verdict is apparently decidedly against the weight of evidence, the trial judge has a wide discretion as to granting or refusing a new trial; but whenever there is any evidence, however slight, to support a verdict which has been approved by the trial judge, this court is absolutely without authority to control the judgment of the trial court." *Bradham* v. *State*, 21 *Ga. App.* 510 (94 S. E. 618), and cit.; *Smith* v. *State*, 91 *Ga.* 188 (17 S. E. 68).
            *Judgment affirmed. Broyles, P. J., and Stephens, J., concur.*
                        DECIDED JULY 23, 1919.

Indictment for misdemeanor; from Clinch superior court—Judge Summerall. April 19, 1919.

*W. T. Dickerson,* for plaintiff in error.

*A. B. Spence, solicitor-general,* contra.